IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
CIVIL DIVISION

| | |
|---|---|
| LAUREN HUDSON individually and on behalf of a class of all others similarly situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. CV-2014- 300 |
| v. | ) ) CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL |
| CACH, LLC | ) ) |
| Defendants. | ) |

Plaintiff Lauren Hudson ("Hudson"), individually and on behalf of all others similarly situated, by counsel, tenders the following Class Action Complaint and Demand for Jury Trial:

## I.
## STATEMENT OF JURISDICTION

1. This claim is brought pursuant to this Arkansas Circuit Court's jurisdiction of violations of the Arkansas Fair Debt Collection Practices Act (herenafter AFDCPA; A.C.A. §17-24-101, et seq.) and the Federal Fair Debt Collection Practices Act (hereinafter FDCPA; 15 U.S.C. §1692k(d) and 28 U.S.C. §1337).

2. Hudson has suffered losses and damages within the jurisdictional amount required for jurisdiction before this honorable Circuit Court of the State of Arkansas, but less than that required for Federal Diversity Jurisdiction.

3. Venue is proper in that CACH, LLC transacts business in Arkansas and the incident herein complained of occurred in Pope County, Arkansas.

## II.
## PARTIES TO THE CLAIM

4. Hudson is a resident of Russellville, Pope County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d;

5. CACH, LLC is a foreign Limited Liability Company engaged in the business of debt collection with its principle office at 4340 South Monaco Street, Second Floor, Denver, Colorado 80237.

6. At the time of the incident described further herein, CACH, LLC was a "debt collector/debt buyer", as that term is defined by 15 U.S.C. §1692a(6), and A.C.A. 17-24-101, et seq., and attempting to collect a "debt", as defined in 15 U.S.C. §1692a(5).

7. Despite engaging in debt collection in the State of Arkansas, CACH, LLC is not registered with or authorized by the Arkansas Secretary of State to do business in this state, nor is CACH, LLC registered with or authorized by the Arkansas State Board of Collection Agencies to engage in debt collection in the State of Arkansas.

## III.

## FACTUAL BACKGROUND

8. Hudson has been the subject of repeated collection attempts by CACH, LLC, the most recent being correspondence attached hereto as **Exhibit A** and incorporated herein by reference.

9. As a "debt collector/debt buyer", CACH, LLC, is required to be licensed by the Arkansas State Board of Collection Agencies pursuant to Arkansas Code Annotated §17-24-301. Upon information and belief, at all relevant times hereto, CACH, LLC, was not licensed by the Arkansas State Board of Collection Agencies and was therefore forbidden, as a matter of law, from purchasing and attempting to collect delinquent accounts or bills.

10. Violation of a State statute supports a violation of the Fair Debt Collection Practices Act *Picht vs. Hawks, Ltd*, 236 F.3d 446 (8th Cir. 2001).

11. CACH, LLC has knowingly participated in the collection activities and is in direct violation of Arkansas Code Annotated §17-24-301 and Arkansas State Board of Collection Agencies regulation XIV(a) and (b).

12. The actions by CACH, LLC in violation of State statute and Arkansas Board of Collection Agency regulations constitutes unfair or unconscionable means to attempt to collect debt in violation of 15 U.S.C. §1692d.

## IV.
## Class Action Allegations

13. Pursuant to Arkansas Rule of Civil Procedure 23, Plaintiffs bring this action on behalf of themselves and all other Arkansans similarly situated. Plaintiffs seek certification of a Class defined as follows:

> All individuals and entities located and/or domiciled within the State of Arkansas from whom CACH, LLC, from October 10, 2011 through the earlier of (1) the date on which CACH, LLC is granted a license from the Arkansas State Board of Collection Agencies or (2) the date of final judgment in this matter:
>
> > sought to collect an alleged debt, either directly or through an attorney or law firm, for which CACH, LLC was not the original creditor.
>
> Excluded from the Proposed Class are (i) any defendant, any entity in which any defendant has a controlling interest or which has a controlling interest in any defendant, and defendant's legal representatives, predecessors, successors, and assigns; (ii) the judicial officers to whom this case is assigned; and (iii) any member of the immediate families of excluded persons.

14. Plaintiffs are informed and believe that the Plaintiff Class includes many hundreds of persons and is so numerous that joinder of all members would be impracticable. The exact size of the Plaintiff Class and the identity of all members of the Class are ascertainable from Defendant's business records.

15. The applicable issue of law and fact is common to every member of the Plaintiff Class and clearly predominates over any questions that might affect only individual members.

16. The claims asserted by Plaintiff in this action are typical of the claims of the Class Members as described above, the claims arise from the same body of statutory law and the same course of conduct by Defendant, and the relief sought is common.

17. Plaintiff will fairly and adequately represent and protect the interests of the Class Members. Plaintiff has retained counsel competent and experienced in both debt collection and class action litigation.

18. A class action is superior to other methods for fair and efficient adjudication of this controversy, since joinder of all members is impracticable. There will be no undue difficulty in the management of this litigation as a class action.

## IV.
## COUNT I
### (VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT and THE ARKANSAS FAIR DEBT COLLECT PRACTICES ACT)

19. Hudson hereby incorporates by reference all previous paragraphs as if fully set forth herein, and further asserts for her cause of action the following:

20. CACH, LLC engaged in abusive, harassing, oppressive conduct, false, deceptive or misleading representations and unfair or unconscionable

collection methods in contravention of 15 U.S.C. §1692, a course of action which violated the AFDCPA and FDCPA in the following particulars:

    i. any unfair or unconscionable means to collect or attempt to collect the alleged debt by violating State law pursuant to 15 U.S.C. §1692f;

    ii. conduct the natural consequences of what is to harass, oppress or abuse any person pursuant to 15 U.S.C. §1692d by violating State law.

21. CACH, LLC's conduct is a violation of the AFDCPA and FDCPA for which strict liability applies pursuant to 15 U.S.C. §1692, et seq.;

22. CACH, LLC's conduct is in violation of the AFDCPA and FDCPA for which statutory damages of $1,000.00 apply pursuant to 15 U.S.C. §1692k(a)(2)(A);

23. CACH, LLC should be enjoined from all further collection activity under the authority of the FDCPA absent proper State licensure, regulation, and oversight as required by Arkansas law.

## V.
## COUNT II
### (UNJUST ENRICHMENT)

24. Hudson hereby incorporates by reference all previous paragraphs as if fully set forth herein, and further asserts for her cause of action the following:

25. CACH, LLC attempts to secure monies from the Class through intentional, deceptive and *per se* illegal collection activity.

26. CACH, LLC greatly profited from these *per se* deceptive and illegal actions at the expense of the Class.

27. Given the circumstances, allowing CACH, LLC to retain the monies it accrued through its *per se* illegal acts would be, as a matter of equity and good conscience, be unjust, and CACH, LLC ought not be allowed to retain such ill-gotten profits at the expense of the Class.

# VI.
# DAMAGES

28. Hudson hereby incorporates by reference all previous paragraphs as if fully set forth herein.

29. As a direct and proximate result of the occurrence made the basis of this lawsuit, Hudson and the Class are entitled to the following damages:

    i. reimbursement of all monies collected by CACH, LLC, LLC from the Class since **DATE** in violation of the AFDCPA;

    ii. statutory damages in the maximum amount of the greater of $500,000.00 or 1% of the net worth of CACH, LLC, LLC

        pursuant to the terms of the FDCPA;

iii.    actual costs, expenses and attorney fees; and

iv.    pre and post judgment interest on all such amounts.

# VII.
# PRAYER FOR RELIEF

WHEREFORE, Plaintiff Lauren Hudson, individually and on behalf of the above-defined Class, by counsel, prays the Court grant the following relief:

a.    An Order certifying the class defined herein pursuant to Rule 23 of the Arkansas Rules of Civil Procedure;

b.    An Order designating Plaintiff as Class Representatives for the Class, and designating her counsel as lead counsel for the Class;

c.    An Order enjoining CACH, LLC from all further collection activity in the State of Arkansas absent proper State licensure, regulation, and oversight as required by Arkansas law;

d.    An Order awarding the Class statutory damages in an amount equal to the greater of $500,000.00 or 1% of the net worth of CACH, LLC;

e.    An Order awarding the Class reimbursement of all monies collected by CACH, LLC in violation of the AFDCPA, as well as pre-judgment interest thereon;

f.    An Order awarding Plaintiff and the Class Members their attorney's fees;

g.    An Order awarding Plaintiff and the Class Members their costs;

h.    A trial by jury on all matters that may be tried by a jury contained herein; and,

i.    For all other appropriate legal and/or equitable relief in the premises.

Respectfully Submitted,

STREETT LAW FIRM, P.A.

By: /s/ *signature*

James A. Streett, ABA#2007092
Alex G. Streett, ABA#65038
Robert M. Veach, ABA#2009165
107 West Main Street
Russellville, AR 72801
Telephone: (479)968-2030
Facsimile:  (479) 968-6253
Email: Alex@StreettLaw.com
       James@StreettLaw.com
       Robert@StreettLaw.com

AND

BRANSTETTER, STRANCH & JENNINGS, PLLC
Joe P. Leniski, Jr. (TN Bar No. 22891)(PHV)
227 2nd Avenue North, 4th Floor
Nashville, TN 37201
(615) 254-8801
jleniski@branstetterlaw.com

**BROWN LAW, PLLC**
3030 S. GESSNER, SUITE 200, HOUSTON, TEXAS 77063
(832) 460-7628 or Toll Free (855) 854-6148
Fax (713) 782-9664

September 08, 2014


51164-09C/120020318898/123862/AC02    6104
LAUREN SHUMAKE
623 OLD BAPTIST CEMETARY RD          202163
RUSSELLVILLE, AR 72802-8219
                                     59



RE:   Current Creditor:              CACH, LLC
      Account No.:                   120020318898
      Original Creditor:             GE MONEY RETAIL BANK
      Original Creditor Account No.: 6045831526437001
      Current Balance:               $211.19
      Date of Last Payment:

Dear Lauren Shumake,

The Law Office of Richard Clark, PLLC previously contacted you regarding the above-referenced account that was placed by CACH, LLC. Effective immediately, please be advised that the Law Office of Richard Clark, PLLC has a new name, Brown Law, PLLC. While our name has changed, the office address and contact information will remain the same. Brown Law, PLLC looks forward to working with you in the future.

Please call our office to discuss a resolution on your account at 1-855-854-6148.

Sincerely,

Brown Law, PLLC

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM BROWN LAW, PLLC MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**


EXHIBIT A

6104.123862